UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

MARISHA PRUITT
GREGORY MOORE

CRIMINAL COMPLAINT

CASE NUMBER: 1:06mj512

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That on or about March 11, 2006, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendants, **MARISHA PRUITT** and **GREGORY MOORE**, did knowingly and intentionally possess with intent to distribute approximately 10 kilograms of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II(a) narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

I further state that I am a Task Force Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof: __X__ Yes ____ No

_____
CRIAG SHOWS, Task Force Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

3-11-06 at Gulfport, Mississippi
Date

_____
ROBERT H. WALKER, United States Magistrate Judge

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. On 03-11-2006, Officer Ramon Castillo with the Biloxi Police Department conducted a traffic stop on a vehicle on Interstate 10 eastbound, west of the Cedar Lake Road exit for careless driving, following too close and a vehicle tag violation. During the course of the traffic stop, Officer Castillo asked for and received consent to search the vehicle. The driver of the vehicle, Marisha PRUITT, signed a Biloxi Police Department permission to search form allowing Officer Castillo to search the vehicle.

2. Officer Eugene Palmer arrived and assisted Officer Castillo with the search. During the course of the search, Officer Castillo and Officer Palmer noticed that the dashboard of the vehicle was very loose. Officer Castillo noticed that several of the screws along the top of the dashboard were missing, and that the support bolts underneath had many tool marks indicating removal of the dashboard. Both Officer Castillo and Officer Palmer, through training and experience, know that the dashboard area contains a large natural void that is commonly used by drug traffickers to hide large amounts of narcotics. Officer Castillo also located a socket underneath the front passenger seat that fit the larger bolts on the dashboard.

3. Officer Palmer then utilized his narcotics detector K-9, Diesel, to conduct a search on the vehicle. Officer Palmer reported that Diesel had alerted to the dashboard area of the vehicle. The vehicle, along with PRUITT and the passenger Gregory MOORE were transported to the Biloxi Police Department garage for a further search of the vehicle.

4. During a further search of the vehicle, Officer Castillo and Officer Palmer located several bundles that were wrapped in plastic and duct tape hidden in the natural void of the dashboard. Inside of the wrapped bundles was a white powder substance that field tested positive for cocaine. The total weight of all of the bundles was approximately 10 kilograms.

5. Both PRUITT and MOORE were placed under arrest for possession of a controlled substance with the intent to distribute.

Based upon the aforementioned facts and circumstances, your affiant states that there is probable cause to believe that Marisha PRUITT and Gregory MOORE and others known and unknown to your affiant violated 21 USC 841, Possession of a Controlled Substance

with the Intent to Distribute.

I swear, under the penalties of perjury, that the above is true and correct.

_____
Craig Shows, DEA Task Force Agent

Sworn to before me this 11th day of March, 2006

_____
United States Magistrate Judge